IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE MEDZADOURIAN,<br>　　　　　Plaintiff<br>　v.<br><br>BUCKS COUNTY,<br>PRIMECARE MEDICAL, INC.,<br>SERGEANT NOTTINGHAM,<br>LIEUTENANT MANNARINO,<br>CORRECTIONS OFFICER TORRES,<br>CORRECTIONS OFFICER BIEMULLER,<br>CORRECTIONS OFFICER CUETO,<br>NURSE SAM,<br>J. THOMAS, RN,<br>JOHN DOE MEDICAL PROVIDERS, and<br>JOHN DOE CORRECTIONS OFFICER,<br>　　　　　Defendants | CIVIL ACTION - LAW<br><br>NO. 2:19-cv-04752-TJS<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**STIPULATION FOR DIMISSAL UNDER FRCP 41(a)(1)(A)(ii)**

**AND NOW** comes Plaintiff Marianne Medzadourian along with Defendants, Bucks County, Sergeant Nottingham, Lieutenant Mannarino, Corrections Officer Torres, Corrections Officer Biemuller, Corrections Officer Cueto, John Doe Corrections Officer, PrimeCare Medical, Inc., Nurse Sam, J. Thomas, RN, and John Doe Medical Providers, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby agreed that the above-captioned action be voluntarily dismissed with prejudice in its entirety.

This matter is hereby terminated.

**LEVIN & ZEIGER, LLP**

Date:  August 27, 2020
　　　　　　　　　　　　　　　　　　　/s/ Brian Zeiger, Esquire
　　　　　　　　　　　　　　　　　Brian Zeiger, Esquire
　　　　　　　　　　　　　　　　　Levin & Zeiger, LLP
　　　　　　　　　　　　　　　　　Two Penn Center
　　　　　　　　　　　　　　　　　1500 JFK Blvd., Suite 620
　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　Phone:  (215) 546-0340
　　　　　　　　　　　　　　　　　Email: zeiger@levinzeiger.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

|  |  |
|---|---|
|  | **HILL WALLACK LLP** |
|  | *[signature]* |
| Date:  August 27, 2020 | _____ |
|  | David J. Truelove (Attorney I.D. 38713) |
|  | John C. Bobber, Jr. (Attorney I.D. 81886) |
|  | Hill Wallack LLP |
|  | 777 Township Line Road, Suite 250 |
|  | Yardley, PA 19067 |
|  | Phone: (215) 579-7700 |
|  | Fax:    (215) 579-9248 |
|  | Email: dtruelove@hillwallack.com |
|  | *Attorneys for Defendants,* |
|  | *Bucks County, Sergeant Nottingham, Lieutenant Mannarino Corrections Officer Torres, Corrections Office Biemuller, Corrections Officer Cueto, and John Doe Corrections Officer* |
|  |  |
|  | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
|  | *[signature]* |
| Date:  August 27, 2020 | _____ |
|  | John R. Ninosky (Attorney I.D. 78000) |
|  | Marshall Dennehey Warner Coleman & Goggin |
|  | 100 Corporate Center Drive, Suite 201 |
|  | Camp Hill, PA 17011 |
|  | Phone: (717) 651-3709 |
|  | Email:  jrninosky@mdwcg.com |
|  | *Attorney for Defendants, PrimeCare Medical, Inc., Nurse Sam, J. Thomas RN, John Doe Medical Providers* |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE MEDZADOURIAN,<br>       Plaintiff<br>v.<br><br>BUCKS COUNTY,<br>PRIMECARE MEDICAL, INC.,<br>SERGEANT NOTTINGHAM,<br>LIEUTENANT MANNARINO,<br>CORRECTIONS OFFICER TORRES,<br>CORRECTIONS OFFICER BIEMULLER,<br>CORRECTIONS OFFICER CUETO,<br>NURSE SAM,<br>J. THOMAS, RN,<br>JOHN DOE MEDICAL PROVIDERS, and<br>JOHN DOE CORRECTIONS OFFICER,<br>       Defendants | CIVIL ACTION - LAW<br><br>NO. 2:19-cv-04752-TJS<br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**PROPOSED ORDER ON STIPULATION FOR DISMISSAL**
**UNDER F.R.C.P. 41(a)(1)(A)(ii)**

On August 27, 2020, plaintiff Marianne Medzadourian along with Defendants, Bucks County, Sergeant Nottingham, Lieutenant Mannarino, Corrections Officer Torres, Corrections Officer Biemuller, Corrections Officer Cueto, John Doe Corrections Officer, PrimeCare Medical, Inc., Nurse Sam, J. Thomas, RN, and John Doe Medical Providers, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action be voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated same, the Court hereby makes the following order:

**IT IS ORDERED THAT:**

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: _____    _____
                                                                                        J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIANNE MEDZADOURIAN,<br>        Plaintiff<br>    v.<br><br>BUCKS COUNTY,<br>PRIMECARE MEDICAL, INC.,<br>SERGEANT NOTTINGHAM,<br>LIEUTENANT MANNARINO,<br>CORRECTIONS OFFICER TORRES,<br>CORRECTIONS OFFICER BIEMULLER,<br>CORRECTIONS OFFICER CUETO,<br>NURSE SAM,<br>J. THOMAS, RN,<br>JOHN DOE MEDICAL PROVIDERS, and<br>JOHN DOE CORRECTIONS OFFICER,<br>        Defendants | **CIVIL ACTION - LAW**<br><br>**NO.**  2:19-cv-04752-TJS<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATION OF SERVICE

I, John C. Bobber, Jr., Esquire, hereby certify that on the 27th day of August, 2020, a true and correct copy of the foregoing Stipulation for Dismissal Under F.R.C.P. 41(a)(1)(A)(ii) has been filed electronically and is available for viewing and downloading from the ECF system.

Date:   August 27, 2020

/s/ John C. Bobber, Jr., Esq.
David J. Truelove (Attorney I.D. 38713)
John C. Bobber, Jr. (Attorney I.D. 81886)
Hill Wallack LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Phone: (215) 579-7700
Fax:    (215) 579-9248
Email: dtruelove@hillwallack.com
*Attorneys for Defendants,*
*Bucks County, Sergeant Nottingham, Lieutenant*
*Mannarino Corrections Officer Torres, Corrections*
*Office Biemuller, Corrections Officer Cueto, and*
*John Doe Corrections Officer*